```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 13-05546-RNO
Michael Manheim                                                     Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5     User: CKovach     Page 1 of 1     Date Rcvd: Aug 16, 2016
                     Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2016.
         +Barry Semel-Weinstein Esquire,    820 2nd Avenue,    New York, NY 10017-4502

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2016 at the address(es) listed below:
         Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
         John J. Martin    on behalf of Debtor Michael  Manheim jmartin@martin-law.net,
         kmartin@martin-law.net;nmundy@martin-law.net;jashley@martin-law.net;mmacleary@martin-law.net
         Joshua I Goldman    on behalf of Creditor    JP MORGAN CASE BANK, NA bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
         Kimberly D Martin    on behalf of Debtor Michael  Manheim kmartin@martin-law.net,
         nmundy@martin-law.net;mmacleary@martin-law.net;jashley@martin-law.net
         Regina  Cohen    on behalf of Creditor    Ally Financial rcohen@lavin-law.com,
         ksweeney@lavin-law.com
         United States Trustee     ustpregion03.ha.ecf@usdoj.gov
                                                                                                 TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
MICHAEL MANHEIM : 5-13-05546-RNO
 :
DEBTOR(S) : CHAPTER 13

## ORDER GRANTING CHAPTER 13 DEBTOR'S APPLICATION TO EMPLOY ATTORNEY AS SPECIAL COUNSEL ON A CONTINGENCY FEE BASIS

Upon consideration of the application of Michael Manheim, Debtor, in the above matter, requesting Authority to employ Barry Semel-Weinstein, Esquire of William Schwitzer & Associates, PC as special counsel to Debtor on a contingency fee basis, and it appearing that the United States Trustee has no objection to the appointment and the representation appears to be in the best interest of the estate, it is

**ORDERED**, that Barry Semel-Weinstein, Esquire of William Schwitzer & Associates, PC is hereby authorized to be employed as counsel on a contingency fee basis as set forth in the Application to Employ Special Counsel.

Execution of this Order approving employment is not a guarantee that payment will ultimately be approved in the full amount. Such compensation is dependent on the consideration of final application for Fees. *In re Engel, 124 f. 3D 567 (3RD Cir. 1997).*

Dated: August 16, 2016

By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge
(CK)