# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL MANHEIM  
      Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III  
CHAPTER 13 TRUSTEE  
      Movant

CASE NO: 5-13-05546-JJT

MICHAEL MANHEIM  
      Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on April 28, 2017, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of April 28, 2017, the Debtor(s) is/are $1535.47 in arrears with a plan payment having last been made on Jan 25, 2017.

In accordance with said stipulation, the case may be dismissed upon certification of the Trustee without further notice or hearing.

Respectfully Submitted,  
/s/ Liz Joyce  
for Charles J. DeHart, III, Trustee  
8125 Adams Drive, Suite A  
Hummelstown, PA 17036  
Phone: (717) 566-6097

Dated: April 28, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL MANHEIM

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CHAPTER 13

MICHAEL MANHEIM

CASE NO: 5-13-05546-JJT

Respondent(s)

### CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Certification of Default by First Class Mail, unless served electronically, at the below address on April 28, 2017.

JOHN J. MARTIN, ESQUIRE
1022 COURT STREET
HONESDALE, PA 18431-

MICHAEL MANHEIM
105 JACK PINE COURT
MILFORD, PA 18337

RESPECTFULLY SUBMITTED,

/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: April 28, 2017