```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                          Case No. 13-05546-JJT
Michael Manheim                                                 Chapter 13
          Debtor               CERTIFICATE OF NOTICE

District/off: 0314-5        User: CKovach            Page 1 of 2         Date Rcvd: Apr 28, 2017
                            Form ID: pdf010          Total Noticed: 30
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 30, 2017.
```
db          +Michael Manheim,    105 Jack Pine Court,   Milford, PA 18337-7734
4398786      Anestheisa Assoc of Morristo,    PO BOx 18086,   Newark, NJ 07191-8806
4398787     +Cap One,   POB 30281,   Salt Lake City, UT 84130-0281
4398789     +Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
4398790     +Chase,   PO Box 24696,   Columbus, OH 43224-0696
4398791     +David B. Watner, Esq.,    1129 Bloomfield Ave,   Suite 208,   West Caldwell, NJ 07006-7123
4398793     +Equable Ascent Financial, LL,    c/o Sklar-Markind,   102 Browning Ln, B Ste 1,
              Cherry Hill, NJ 08003-3195
4398794      Eye Care Specialists,    703 Rutter Avenue,   Kingston, PA 18704-4801
4398795     +Gem Rec Sys,    1001 McBride Ave,   Little Falls, NJ 07424-2534
4398796      Gem Recovery Systems,    PO Box 85,   Emerson, NJ 07630-0085
4398798     +HSS Collection Agency,    PO Box 116,   Cliffside Park, NJ 07010-0116
4398797      Hsbc Bank,    PO Box 30253,   Salt Lake City, UT 84130-0253
4429537     +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,   OH4-7133,   Columbus, OH 43219-6009
4398799      LCA Collections,    PO Box 2240,   Burlington, NC 27216-2240
4398800      Michael Harrison, Attorney,    3155 State Route 10,   Suite 214,   Denville, NJ 07834-3430
4398801      Midatlantic Neonatology Asso,    PO Box 10356,   Newark, NJ 07193-0356
4398803      Morristown Memorial Hosp.,    PO Box 35610,   Newark, NJ 07193-5610
4398805      Pentagroup Financial, LLC,    35A Rust Lane,   Boerne, TX 78006-8202
4398806     +Phy and Dentists Adjust. Bur,    PO Box 98,   Rockaway, NJ 07866-0098
4398807     +Practice Assoc. Medical Grp,    PO Box 416457,   Boston, MA 02241-6457
4398808     +Radiologic Assoc. of NNJ,    PO Box 10728,   Lancaster, PA 17605-0728
4398809     +Thd/cbna,   PO Box 6497,   Sioux Falls, SD 57117-6497
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4435480     +E-mail/Text: bncmail@w-legal.com Apr 28 2017 18:46:32      ALTAIR OH XIII, LLC,
              C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
4411343      E-mail/Text: ally@ebn.phinsolutions.com Apr 28 2017 18:46:21     Ally Financial,
              P. O. Box 130424,   Roseville, MN 55113-0004
4398785     +E-mail/Text: ally@ebn.phinsolutions.com Apr 28 2017 18:46:21     Ally Fincl,   P.O. Box 380901,
              Bloomington, MN 55438-0901
4448706      E-mail/PDF: resurgentbknotifications@resurgent.com Apr 28 2017 18:49:40
              Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
              Corporation of America Holdings,    Resurgent Capital Services,   PO Box 10587,
              Greenville, SC 29603-0587
4398788     +E-mail/Text: bankruptcy@cavps.com Apr 28 2017 18:46:34     Cavalry Port,   500 Summit Lake Dr.,
              Suite 400,   Valhalla, NY 10595-2322
4402806     +E-mail/Text: bankruptcy@cavps.com Apr 28 2017 18:46:33     Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
4398792      E-mail/Text: mrdiscen@discover.com Apr 28 2017 18:46:22     Discover Fin,   POB 15316,
              Wilmington, DE 19850
4398804     +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Apr 28 2017 18:46:29     Office of U.S. Trustee,
              P.O. Box 969,   Harrisburg, PA 17108-0969
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +Ally Financial,   P.O. Box 130424,   Roseville, MN 55113-0004
4398802      ##Morris Imaging Assoc, PA,   PO Box 809,   Berwick, PA 18603-0809
                                                                                TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2017                                      Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2017 at the address(es) listed below:

```
Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
John J. Martin    on behalf of Debtor Michael   Manheim jmartin@martin-law.net,
 kmartin@martin-law.net;nmundy@martin-law.net;jashley@martin-law.net;mmacleary@martin-law.net
Joshua I Goldman    on behalf of Creditor    JP MORGAN CASE BANK, NA bkgroup@kmllawgroup.com,
 bkgroup@kmllawgroup.com
Kimberly D Martin    on behalf of Debtor Michael  Manheim kmartin@martin-law.net,
 jashley@martin-law.net
Regina  Cohen    on behalf of Creditor    Ally Financial rcohen@lavin-law.com,
 ksweeney@lavin-law.com
Thomas I Puleo    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
 bkgroup@kmllawgroup.com
United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                              TOTAL: 8
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **MICHAEL MANHEIM** | Chapter: 13 |
| Debtor(s) | Case Number: 5:13-bk-05546-JJT |
| **CHARLES J DEHART, III, CHAPTER 13 TRUSTEE** | |
| Movant(s) | |
| vs. | |
| **MICHAEL MANHEIM** | |
| Respondent(s) | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss case for material default and it having been determined that this case should be dismissed, it is

**ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

By the Court,

_/s/ John J. Thomas_

John J. Thomas, Bankruptcy Judge
(RPR)

Date: April 28, 2017